# Exhibit G



**PACKAGE CONTENTS:**
- Hang On
- Mini USB charge cable
- AUX cable
- User's Guide/Warranty Card
- Registration Card



USB Charge Port
Hands-free
Power Switch
LED
Aux Port

**Charging the Hang On**
1. Connect the Hang On with a PC/Laptop/Mac or any 5V USB adaptor device (not included) with the included USB cable. If you need an AC adapter or car charger, please visit www.isound.net where you can purchase: ISOUND-2102, ISOUND-2104, or ISOUND-2132.
2. The red LED turns ON during charging and turns OFF after fully charged.
3. When the Hang On is fully charged, unplug the USB cable.
4. The red LED flashes when power gets low (<21%). You will also hear a beeping sound.

**Pairing the Hang On with Bluetooth Enabled Smartphones and Tablets**
1. Please keep the speaker and Bluetooth device within 1 meter (about 3 feet).
2. Turn on the speaker. When white and red LEDs start blinking rapidly, the unit is ready for pairing.

3 pies).
2. Encienda el altavoz. Cuando el LED blanco y rojo empiece a parpadear rápidamente, la unidad estará lista para emparejarse.
3. Active el Bluetooth de su dispositivo (consulte la Guía del usuario original del dispositivo) y seleccione "Hang On" en la lista de dispositivos Bluetooth. En el caso de que le solicite una contraseña, escriba "0000".
4. Después de conectarse correctamente, el LED permanecerá iluminado en blanco.

**NOTA:**
1. Si el emparejamiento no es correcto, apague el altavoz e inténtelo de nuevo.
2. Tras un emparejamiento correcto, los dispositivos se recordarán para futuras conexiones. A menos que se elimine la información de emparejamiento, no será necesario emparejarlos en usos futuros.

**Llamadas de Teléfono Manos Libres**
1. Haga una pulsación corta sobre el botón " ✆ " para responder una llamada recibida.
2. Haga otra pulsación corta para terminar la llamada.
3. Una pulsación larga rechaza la llamada recibida.

**Control de Volumen**
Use el propio dispositivo Bluetooth para controlar el volumen del Hang On

**Conexión AUX (por cable)**
1. Puede conectar su dispositivo de audio al Hang On usando el cable de audio (AUX) estándar de 3,5mm incluido.
2. Simplemente conecte las clavijas del cable en su dispositivo de audio y en el Hang On.
NOTA: La conexión del cable AUX anula el modo Bluetooth.

---



**PACKAGE CONTENTS:**
- Fire Waves Rechargeable Speaker
- 3.5mm Audio Cable
- USB Charge Cable
- User's Guide/Warranty
- Registration Card

**BEFORE USE**
NOTE: Pulling expandable speaker into open position too forcibly will lead to permanent damage and void any warranty.
NOTE: To prevent the possibility of the battery from leaking, heating, and fire, please observe the following precautions:

**WARNINGS**
1. Please use the included USB charging cable in the package to charge the unit.
2. Please disconnect the charging cable after the battery is full. Do not keep the unit plugged in.
3. Do not immerse the product in water or any liquid.
4. Do not use and leave the product near a heat source like a fireplace or heater or in direct sunlight.
5. Do not strike or throw the product.

**CAUTIONS**
1. Do not use or leave the product at very high temperatures (like in a hot car). Otherwise the performance will degrade and its longevity will decrease. It can even start a fire in worst case scenarios.
2. Do not use it in a location where static electricity is great, otherwise the safety circuits may be damaged, which can cause lots of various problems.
3. The unit should be stored at room temperature and charged at about 30% to 50%.

4. Please follow waste battery recycling methods to dispose of the unit properly. Make sure the speaker is in its open (expanded) position. It is already in this position when you take it out of the packaging. If it is closed, follow these steps before use:

- Grip the top and bottom of the unit and gently twist the top of the unit counter-clockwise.
- DO NOT pull hard once it is open, as it will automatically extend to the proper position.

**TO CLOSE THE SPEAKER**
Press the top and bottom of the unit together and twist the top of the unit clockwise to lock into place.

NOTE: Do not tamper with the center tube at any time. Damage to the tube will result in distorted sound and diminished sound quality. Keep the rubber feet of the unit clean to reduce vibration. Use the speaker on a smooth, clean surface. A textured surface may result in unwanted vibration and diminished sound quality.

**CHARGING THE BATTERY**
1. Use the included mini USB cable to charge the unit. Plug one end into the DC 5V jack located at the bottom of the unit. Plug the other end into a USB powered port. If you need a USB AC or Car charger, please visit www.iSound.net
2. The battery fully charges in 1.5 hours.
3. The red LED light indicates that the unit is charging. The red LED turns off when the battery is fully charged. You can disconnect the charging cable when charging is complete.

**CONTROLS AND INDICATORS**
A green LED indicates the unit is powered on. A red LED indicates the unit is charging and not full. A flashing green LED indicates the battery is low and needs

to be recharged.
1. LINE IN Jack
2. Handsfree Button/
3. DC 5V Charging J
4. Light And Power

**AUX PLAY MODE**
1. Plug one end of 3.5mm audio ca headphone or lin your audio device.
2. Plug the other en into the LINE IN ja the back of the uni
3. Turn on your audi play music. Mak audio device is ch
4. Adjust the volume
5. Slide the power sw may also turn off y
NOTE: The speaker to notice sound disto needs to be recharge

**BLUETOOTH SPEAK**
If you are using a Blu device and Fire Wave Please note that differ
1. Slide the power sw showing that it is in
2. Turn on the Blueto

# i.Sound       dreamGEAR
## WARRANTY CARD

All dreamGEAR/i.Sound products come with a limited warranty and have been subjected to a thorough series of tests to ensure the highest level of dependability and compatibility. It is unlikely that you will experience any problem, but if a defect should become apparent during the use of this product, dreamGEAR warrants to the original consumer purchaser that this product will be free from defects in material and workmanship for a period of 120 days from the date of your original purchase. If a defect covered by this warranty occurs, dreamGEAR, at its option, will repair or replace the product purchased at no charge. If a replacement is necessary and your product is no longer available, a comparable product may be substituted at the sole discretion of dreamGEAR.

This warranty does not cover normal wear and tear, abusive use or misuse, modification, tampering or by any other cause not related to either materials or workmanship. This warranty does not apply to products used for any industrial, professional or commercial purposes.

For service on any defective product under the 120-day warranty policy, please contact Consumer Support to obtain a Return Authorization Number.

**NOTE:** *dreamGEAR will not process any defective claims without a Return Authorization Number.*

**Consumer Support Hotline:**
877-999-DREAM (3732) (U.S. and Canada only) or
678-606-5000 (International)

Consumer Support Email: support@dreamgear.net

**Websites:**
www.dreamgear.net
www.isound.net

# i.Sound       dreamGEAR
## WARRANTY CARD

All dreamGEAR/i.Sound products come with a limited warranty and have been subjected to a thorough series of tests to ensure the highest level of dependability and compatibility. It is unlikely that you will experience any problem, but if a defect should become apparent during the use of this product, dreamGEAR warrants to the original consumer purchaser that this product will be free from defects in material and workmanship for a period of 120 days from the date of your original purchase. If a defect covered by this warranty occurs, dreamGEAR, at its option, will repair or replace the product purchased at no charge. If a replacement is necessary and your product is no longer available, a comparable product may be substituted at the sole discretion of dreamGEAR.

This warranty does not cover normal wear and tear, abusive use or misuse, modification, tampering or by any other cause not related to either materials or workmanship. This warranty does not apply to products used for any industrial, professional or commercial purposes.

For service on any defective product under the 120-day warranty policy, please contact Consumer Support to obtain a Return Authorization Number.

**NOTE:** *dreamGEAR will not process any defective claims without a Return Authorization Number.*

**Consumer Support Hotline:**
877-999-DREAM (3732) (U.S. and Canada only) or
310-222-1045 (International)

Consumer Support Email: support@dreamgear.net

**Websites:**
www.dreamgear.net
www.isound.net

# Exhibit H

## PACKAGE CONTENS
- SIZZE WIRELESS SPEAKER
- 3.5mm Audio Cable
- USB Charge Cable
- User's Guide / Warranty Card

## BEFORE USE

Note: Pulling expandable speaker into open position too forcibly will lead to permanent damage and void any warranty.

Note: To prevent the possibility of the battery from leaking, heating, and fire, please observe the following precautions:

## WARNINGS

1. Please use the included USB charging cable in the package to charge the unit.
2. Please disconnect the charging cable after the battery is full. Do not keep the unit plugged in.
3. Do not immerse the product in water or any liquid.
4. Do not use and leave the product near a heat source like a fireplace or heater or in direct sunlight.
5. Do not strike or throw the product.

## CAUTIONS

1. Do not use or leave the product at very high temperatures (like in a hot car). Otherwise the performance will degrade and its longevity will decrease. It can even start a fire in worst case scenarios.
2. Do not use it in a location where static electricity is great, otherwise the safety circuits may be damaged, which can cause lots of various problems.
3. The unit should be stored at room temperature and charged at about 30% to 50%.

4. please follow waste battery recycling methods to dispose off the unit properly.
Make sure the speaker is in its open (expanded) position. It is already in this position when you take it out of the packaging. If it is closed, follow these steps before use:

- Grip the top and bottom of the unit and gently twist the top of the unit counter-clockwise.
- DO NOT pull hard once it is open, as it will automatically extend to the proper position.

## TO CLOSE THE SPEAKER

Press the top and bottom of the unit together and twist the top of the unit clockwise to lock into place.

Note: Do not tamper with the center tube at any time. Damage to the tube will result in distorted sound and diminished sound quality. Keep the rubber feet of the unit clean to reduce vibration. Use the speaker on a smooth, clean surface. A textured surface may result in unwanted vibration and diminshed sound quality.

## CHARGING THE BATTERY

1. Use the included mini USB cable to charge the unit. Plug one end into the DC 5V jack located at the bottom of the unit, Plug the other end into a USB powered port.
2. The battery fully charges in 2 hours.
3. The red LED light indicates that the unit is charging. The red LED turns off when the battery is fully charged. You can discoonnect the charging cable when charging is complete.

## CONTROLS AND INDICATORS

A blue LED indicates the unit is powered on. A red LED indicates the unit is charging and not full.
A beeping sound indicates the battery is low and needs to be recharged.

1. LINE in Jack
2. Handsfree Button/Microphone
3. DC 5V Charging Jack
4. Light and Power On/Off

<mark>Case 2:13-cv-09307-GW-PJW   Document 1-2   Filed 12/18/13   Page 7 of 11   Page ID #:38</mark>



**PACKAGE CONTENTS:**
- TAG & BLAST WIRELESS SPEAKER
- Mini USB charge cable
- AUX cable
- User's Guide / Warranty Card

### Charging the TAG & BLAST

1. Connect the TAG & BLAST WIRELESS SPEAKER with a PC/Laptop/Mac or any 5V USB adaptor device (not included) with the included USB cable.
2. The red LED turns ON during charging and Turns OFF after fully charged.
3. When the TAG & BLAST WIRELESS SPEAKER is fully charged, unplug the USB cable.
4. The red LED flashes when power gets low (<21%). You will also hear a beeping sound.

### Pairing the TAG & BLAST WIRELESS SPEAKER with Bluetooth Enabled Smartphones and Tablets

1. Please keep the speaker and Bluetooth device within 1 meter (about 3 feet).
2. Turn on the speaker. When blue and red LEDs start blinking rapidly, the unit is ready for pairing.
3. Enable Bluetooth on your device (check your device's original User's Guide) and select " iconcepts " in the Bluetooth device list.
If prompted for a password, type " 0000 ".
4. After successfully connecting, the LED will stay solid blue.

**Note:**
1. If the pairing is not successful, turn off the speaker and try again.
2. After successfully pairing, paired devices will remember each other. Unless pairing information is deleted, there is no need to pair for future use.

### Hands-free Phone Calls

1. Short press " 📞 " button to answer incoming calls.
2. Short press again to end a call.
3. Long press declines an incoming call.

### Volume Control

Use the Bluetooth device itself to control volume for the TAG & BLAST WIRELESS SPEAKER

### Aux (wired) Connection

1. You can connect your audio device to the TAG & BLAST WIRELESS SPEAKER via the included 3.5mm standard audio (AUX) cable.
2. Simply plug the cable into your audio device and the TAG & BLAST WIRELESS SPEAKER.

**Note:**
Plugging in an AUX cable will override Bluetooth mode.

Aux Port

any 5V USB adaptor device

USB cable.
eping sound.



# WARRANTY CARD

All iCONCEPTS products come with a limited warranty and have been subjected to a thorough series of tests to ensure the highest level of dependability and compatibility. It is unlikely that you will experience any problem, but if a defect should become apparent during the use of this product, iCONCEPTS warrants to the orginal consumer purchaser that this product will be free from defects in material and workmaship for a period of 120 days from the date of your original purchase. If a defect covered by this warranty occurs, iCONCEPTS, at its option, will repair or replace the product purchased at no charge. If a replacement is necessary and your product is no longer available, a comparable product may be substituted at the sole discretion of iCONCEPTS.

This warranty does not cover normal wear and tear, abusive use or misuse, modifcation, tampering or by any other cause not related to either materials or workmanship. This warranty does not apply to product used for any industrial, professional or commercial purposes.

For service on any defective under the 120 days warranty policy, please contact Consumer Support to obtain a Return Authorization Number.

Note: iCONCEPTS will not process any defective claims without a Return Authorization Number.

**SAKAR**®
©2013 SAKAR INTERNATIONAL
195 CARTER DRIVE, EDISON, NJ 08817

Sakar UK
2D Siskin Parkway East
CV3 4PE, UK
Support: 0800 917 4831

**iCONCEPTS**
A Division of Sakar™ International
Setting New Standards of Quality

TECH SUPPORT
877 397 8200 (toll free)
www.sakar.com

---



# WARRANTY CARD

All iCONCEPTS products come with a limited warranty and have been subjected to a thorough series of tests to ensure the highest level of dependability and compatibility. It is unlikely that you will experience any problem, but if a defect should become apparent during the use of this product, iCONCEPTS warrants to the orginal consumer purchaser that this product will be free from defects in material and workmanship for a period of 120 days from the date of your original purchase. If a defect covered by this warranty occurs, iCONCEPTS, at its option, will repair or replace the product purchased at no charge. If a replacement is necessary and your product is no longer available, a comparable product may be substituted at the sole discretion of iCONCEPT.

This warranty does not cover normal wear and tear, abusive use or misuse, modification, tampering or by any other cause not related to either materials or workmanship. This warranty does not apply to product used for any industrial, professional or commercial purposes.

For service on any defective under the 120 days warranty polic, please contact Consumer Support to obtain a Return Authorization Number.

Note: iCONCEPTS will not process any defective claims without a Return Authorization Number.


©2013 SAKAR INTERNATIONAL
195 CARTER DRIVE, EDISON, NJ 08817

Sakar UK
2D Siskin Parkway East
CV3 4PE, UK
Support: 0800 917 4831


A Division of Sakar™ International
Setting New Standards of Quality

TECH SUPPORT
877 397 8200 (toll free)
www.sakar.com

# Exhibit I

